# EXHIBIT A

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Four Jays Music Company (100%) | | |
| | *(Howdy Neighbor) Happy Harvest* | EP47400 |
| | *If You Feel Like Singing, Sing* | EP47398 |
| | *Mem'ry Island* | EP47396 |
| Four Jays Music Company (33.33%) | | |
| | *One Sweet Letter From You* | E654521 |
| | | E658837 |
| | *You Can't Shush Katie (The Gabbiest Gal In Town)* | E616826 |
| | | E634434 |
| Four Jays Music Company (50%) | | |
| | *By The River Sainte Marie* | EP20364 |
| | *Clementine (from New Orleans)* | E665729 |
| | | E673858 |

Exhibit A

# Composition Chart

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Four Jays Music Company (50%) | | |
| | *That's Amore* | EP72978 |
| | *Ya Gotta Know How To Love* | E644087 |
| Four Jays Music Company (66.67%) | | |
| | *You Wonderful You* | EP47399 |
| Julia Riva (16.67%) | | |
| | *Nagasaki* | E696275 |
| | *There Will Never Be Another You* | EP106434 |
| | *This Is Always* | EP7166 |
| | *You'll Never Know* | EP112560 |