# EXHIBIT B

Exhibit B

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 1 | (Howdy Neighbor) Happy Harvest | Judy Garland | Summer Stock, Original Soundtrack (HQ Remastered Version) |
| 2 | By The River Sainte Marie | Jim Hall | The Complete Recordings of the Paul Desmond Quartet With Jim Hall (HQ Remastered Version) |
| 3 | By The River Sainte Marie | Jimmie Lunceford | Big Bands, 1937-39 |
| 4 | By The River Sainte Marie | Joe Williams | Complete Small-Group Sessions (HQ Remastered Version) |
| 5 | By The River Sainte Marie | The Nat King Cole Trio | The Complete Early Transcriptions 1938-1941, Vol. 1 (HQ Remastered Version) |
| 6 | Clementine (from New Orleans) | Adrian Rollini Groups | Classic Jazz, 1924-27 (HQ Remastered Version) |
| 7 | Clementine (from New Orleans) | The Goofus Five | Classic Jazz, 1926-27 (HQ Remastered Version) |
| 8 | If You Feel Like Singing, Sing | Judy Garland | Summer Stock, Original Soundtrack (HQ Remastered Version) |
| 9 | Mem'ry Island | Gloria De Haven | Summer Stock, Original Soundtrack (HQ Remastered Version) |
| 10 | Nagasaki | Albert Ammons | Albert Ammons |
| 11 | Nagasaki | Benny Goodman and his Orchestra | The Complete Capitol Small Group Recordings, 1944-1955, Vol. 1 (HQ Remastered Version) |
| 12 | Nagasaki | Cab Calloway | Classics, 1934-1937 (HQ Remastered Version) |
| 13 | Nagasaki | Casa Loma Orchestra | Big Bands, 1933-37 |
| 14 | Nagasaki | Don Redman | Big Bands, 1932-33 |
| 15 | Nagasaki | Fletcher Henderson | Classics, 1932-1934 (HQ Remastered Version) |
| 16 | Nagasaki | Gount Basie | Rock a Bye Basie (Remastered Version) |
| 17 | Nagasaki | Louis Armstrong & The Mills Brothers | Louis Armstrong & The Mills Brothers |
| 18 | One Sweet Letter From You | Benny Goodman | Big Bands, 1939-41 |
| 19 | One Sweet Letter From You | Benny Goodman | The Kingdom Of Swing (HQ Remastered Version) |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 20 | One Sweet Letter From You | Coleman Hawkins | The Quintessence, 1926 - 1944 (Remastered Version) |
| 21 | One Sweet Letter From You | Lionel Hampton | Swing Time, 1939 (HQ Remastered Version) |
| 22 | That's Amore | Connie Francis | More Italian Favorites (HQ Remastered Version) |
| 23 | There Will Never Be Another You | Beverly Kenney | Sings For Johnny Smith |
| 24 | There Will Never Be Another You | Bill Evans | A Day In New York |
| 25 | There Will Never Be Another You | Bill Evans & Tony Scott | Tony Scott And Bill Evans, 1957 |
| 26 | There Will Never Be Another You | Bud Powell Trio | Round About Midnight At The Blue Note |
| 27 | There Will Never Be Another You | Chet Baker | West Coast Jazz, 1953-54 (HQ Remastered Version) |
| 28 | There Will Never Be Another You | Clark Terry | 3 in Jazz (Remastered Version) |
| 29 | There Will Never Be Another You | Coleman Hawkins | The Hawk In Hi-Fi, The Complete Sessions (Remastered Version) |
| 30 | There Will Never Be Another You | Coleman Hawkins | The Hawk In Hi-Fi, The Complete Sessions (Remastered Version) |
| 31 | There Will Never Be Another You | Coleman Hawkins | The Hawk In Hi-Fi, The Complete Sessions (Remastered Version) |
| 32 | There Will Never Be Another You | Don Cherry & Sonny Rollins | Our Man in Jazz |
| 33 | There Will Never Be Another You | Gerry Mulligan | California Concerts, Vol. 2 (HQ Remastered Version) |
| 34 | There Will Never Be Another You | Hank Mobley | The Jazz Message of Hank Mobley ( Savoy Limited, Remastered Version) |
| 35 | There Will Never Be Another You | Lester Young | Le Dernier Message De Lester Young, His Last Recordings |
| 36 | There Will Never Be Another You | Sonny Rollins | Our Man in Jazz |
| 37 | There Will Never Be Another You | Sonny Stitt | Stitt's Bits |
| 38 | There Will Never Be Another You | Sonny Stitt | Sonny Stitt Plays, Complete Sessions |
| 39 | There Will Never Be Another You | Tal Farlow | The Complete Verve Tal Farlow Sessions, Vol. 1 |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 40 | There Will Never Be Another You | The Stan Getz Quartet | The Steamer, Complete Sessions (HQ Remastered Version) |
| 41 | There Will Never Be Another You | The Stan Getz Quartet | The Steamer, Complete Sessions (HQ Remastered Version) |
| 42 | There Will Never Be Another You | Tony Scott & Bill Evans | Cool Jazz (HQ Remastered Version) |
| 43 | There Will Never Be Another You | Wynton Kelly | Piano Interpretations, The Complete Sessions |
| 44 | There Will Never Be Another You | Zoot Sims | Choice |
| 45 | This Is Always | Annie Ross | Sings a Song with Mulligan! (Expanded, HQ Remastered Version) |
| 46 | This Is Always | Annie Ross | Sings a Song with Mulligan! (Expanded, HQ Remastered Version) |
| 47 | This Is Always | Cab Calloway | Get With Cab! (HQ Remastered Version) |
| 48 | This Is Always | Charlie Parker | The Complete Savoy And Dial Studio Recordings 1944-1948, Vol. 3 |
| 49 | This Is Always | Charlie Parker | Bebop Story, Vol. 3, 1947 |
| 50 | This Is Always | Charlie Parker | The Complete Savoy And Dial Studio Recordings 1944-1948, Vol. 3 |
| 51 | This Is Always | Charlie Parker | Bebop Story, Vol. 3, 1947 |
| 52 | This Is Always | Charlie Parker & Erroll Garner | Dials Collectors' Jazz Vol. 4 |
| 53 | This Is Always | Charlie Parker & Erroll Garner | Dials Collectors' Jazz Vol. 4 |
| 54 | This Is Always | James Moody Quintet | The Boppers In Europe, Bebop Story, Vol. 2, 1949-52 |
| 55 | This Is Always | King Pleasure | King Pleasure Sings, Annie Ross Sings (HQ Remastered Version) |
| 56 | This Is Always | Roland Kirk | Reeds & Deeds (HQ Remastered Version) |
| 57 | This Is Always | Sonny Stitt | Sonny Stitt |
| 58 | This Is Always | Stan Kenton | Live From The Las Vegas Tropicana (Expanded, HQ Remastered Version) |

# Infringement Chart

| # | Composition | Artist | Album |
|---|---|---|---|
| 59 | This Is Always | Tal Farlow | The Complete Verve Tal Farlow Sessions, Vol. 1 |
| 60 | Ya Gotta Know How To Love | The Goofus Five | Classic Jazz, 1926-27 (HQ Remastered Version) |
| 61 | You Can't Shush Katie (The Gabbiest Gal In Town) | Louis Armstrong | In New York 1925, Vol. 2 (HQ Remastered Version) |
| 62 | You Wonderful You | Gene Kelly | Summer Stock, Original Soundtrack (HQ Remastered Version) |
| 63 | You'll Never Know | Bobby Darin | Oh! Look At Me Now (HQ Remastered Version) |
| 64 | You'll Never Know | Eydie Gorme | Come Sing With Me |
| 65 | You'll Never Know | Rosemary Clooney & Harry James | Hollywood's Best |
| 66 | You'll Never Know | The Red Garland Trio | Bright And Breezy |
| 67 | You'll Never Know | Timi Yuro | Hurt! |