Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FOUR JAYS MUSIC COMPANY and
JULIA RIVA,
　　　　　　　　　Plaintiff(s),

v.

GOOGLE LLC, VALLEYARM DIGITAL
LIMITED, LENANDES LTD,
GIACOMO VERANI, and
LIMITLESS INT. RECORDINGS,
　　　　　　　　　Defendant(s).

Case No: 20-cv-540-JCS

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)**

I, Oren S. Giskan, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs (Four Jays Music Co. et al.,) in the above-entitled action. My local co-counsel in this case is Allen Hyman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Giskan Solotaroff & Anderson LLP<br>90 Broad Street, 10th Floor<br>New York, NY 10004 | Law Offices of Allen Hyman<br>10737 Riverside Dr.,<br>N. Hollywood, CA 91602 |
| MY TELEPHONE # OF RECORD:<br>(212) 847-8315 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(818) 763-6289 |
| MY EMAIL ADDRESS OF RECORD:<br>ogiskan@gslawny.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lawoffah@aol.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2571040.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1-30-20

　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Oren S. Giskan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　　October 2012