Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FOUR JAYS MUSIC COMPANY and  
JULIA RIVA,  
      Plaintiff(s),  
  v.  
GOOGLE LLC, VALLEYARM DIGITAL LIMITED, LENANDES LTD, GIACOMO VERANI, and LIMITLESS INT. RECORDINGS,  
      Defendant(s).

Case No: 20-cv-540-JCS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**  
(CIVIL LOCAL RULE 11-3)

I, Oren S. Giskan, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs (Four Jays Music Co. et al.,) in the above-entitled action. My local co-counsel in this case is Allen Hyman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Giskan Solotaroff & Anderson LLP<br>90 Broad Street, 10th Floor<br>New York, NY 10004 | Law Offices of Allen Hyman<br>10737 Riverside Dr.,<br>N. Hollywood, CA 91602 |
| MY TELEPHONE # OF RECORD:<br>(212) 847-8315 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(818) 763-6289 |
| MY EMAIL ADDRESS OF RECORD:<br>ogiskan@gslawny.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lawoffah@aol.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2571040.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1-30-20

            APPLICANT

---

**ORDER GRANTING APPLICATION  
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Oren S. Giskan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 3, 2020

          UNITED STATES MAGISTRATE JUDGE  
          Judge Joseph C. Spero

PRO HAC VICE APPLICATION & ORDER             October 2012