Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:

- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | |
|---|---|---|
| **1. Your Name:\*** A. John P. Mancini | **7. Your Phone Number:** (312) 701-7714 | |
| **2. Your Email Address: \*** jmancini@mayerbrown.com | **8. Full Case Number (if applicable):** 3:20-cv-00540-WHO | |
| **3. Receipt Number:\***     0971-14212729 | **9. Fee Type:\*** | ☐ **Attorney Admission**<br>☐ **Civil Case Filing**<br>☐ **FTR Audio Recording**<br>☐ **Notice of Appeal**<br>☑ **Pro Hac Vice**<br>☐ **Writ of Habeas Corpus** |
| **4. Transaction Date:\***     02/24/2020 | | |
| **5. Transaction Time:\***     8:17 pm | | |
| **6. Transaction Amount (Amount to be refunded):\***     $ 310.00 | | |

**10. Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges or no fee required.*

- *For a duplicate charge, provide the **correct** receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

Duplicate charge, correct receipt number: 0971-14212725.

✓   ***Efile this form using*** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:    ☐ Approved <br>                 ☐ Denied <br>                 ☐ Denied ─ Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |