Matthew F. Schwartz * *Pro Hac Vice*
Brian S. Levenson * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1001
New York, New York 10001
Phone: (212) 714-1200
Email: mschwartz@splaw.us
Email: blevenson@splaw.us

Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Telephone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Email: lawoffah@aol.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SA MUSIC LLC, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-00488-VC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br>Case Management Conference<br>October 6, 2020 – 10:00 AM |
| RAY HENDERSON MUSIC CO., INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-00538-VC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br>Case Management Conference<br>October 6, 2020 – 10:00 AM |

738316982.4 Joint Supplemental Case Management Statement

| | |
|---|---|
| FOUR JAYS MUSIC COMPANY, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:20-cv-00540-VC<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br>Case Management Conference<br>October 6, 2020 – 10:00 AM |

Pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-10(d), the Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement, the Standing Order for All Civil Cases Before Judge Vince Chhabria, and the Court's Scheduling Order (Case No. 3:20-cv-00488, ECF No. 45, Case No. 3:20-cv-00538, ECF No. 42, Case No. 3:20-cv-00540, ECF No. 47) Plaintiffs SA Music LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., Four Jays Music Company, and Julia Riva ("Plaintiffs"), and Defendants Google LLC ("Google") and Valleyarm Distribution Limited ("Valleyarm") (collectively, "Defendants") respectfully submit this Joint Supplemental Case Management Statement.

**1.     Progress or Changes Since Last Report - Discovery**

*Plaintiffs Position:* Plaintiffs have produced the documents, recordings, and materials identified in their Rule 26 disclosures and have responded to Defendants' discovery requests. Plaintiffs made comprehensive Rule 26 disclosures that are also responsive to Defendants' discovery requests, including copyright registrations, renewals, terminations, assignments and other documents establishing Plaintiffs' ownership of the compositions at issue, PDF copies of the catalog pages by which Google made the tracks available for sale, discography materials for the original releases of the pirated tracks at issue, copies of nearly all the recordings at issue, and spreadsheets providing detailed individual track information for the all tracks at issue,

1  including the track/album URLs where the tracks were available for sale on Google
2  Play.
3      Plaintiffs have served both Google and Valleyarm with requests for documents
4  and other materials. Google produced some documents this past weekend comprised
5  of images captured from its publicly available web pages. Valleyarm has produced no
6  documents. Importantly, Defendants have not produced any of the requested materials
7  specific to this case, including the relevant recordings, contracts, track data, sales data,
8  or any documents supporting their affirmative defenses.
9      Among other things, Defendants assert that they will not produce these
10 materials in the absence of a protective order or ESI stipulation. The parties have
11 reached an impasse on their negotiations of a voluntary protective order and ESI
12 stipulation and Defendants have not moved for a protective order. Plaintiffs and
13 Google are scheduled for a conference with Magistrate Judge Spero on October 2 to
14 resolve the dispute over Google's responses. Plaintiffs and Valleyarm are still in the
15 meet and confer process as to Valleyarm's responses.
16     ***Defendants' Position:***
17     Fact discovery is not scheduled to close until June, 2021.  Google has made an
18 initial production of documents that would not be subject to a protective order, and
19 has informed Plaintiffs that it is ready to promptly produce additional documents,
20 once the parties have agreed on a protective order to govern the confidentiality of such
21 documents.  Google also has agreed to produce certain documents to Plaintiffs in
22 connection with the parties' upcoming mediation, *see infra*, but cannot do so until
23 there is a protective order or a mediation agreement governing confidentiality in place.
24     The parties had been negotiating a stipulated protective order since June, 2020,
25 and appeared to be close to agreement.  Rather than respond substantively to Google's
26 most recent set of comments on the protective order, Plaintiffs informed Google as of
27 the date of this filing that the parties are at an impasse, and Google should move for
28 738316982.4Joint Supplemental Case Management Statement

3

the entry of a protective order.  Google intends to do so.On June 30, 2020 Google served its first set of requests for production on Plaintiffs ("Google's RFPs"), to which Plaintiffs served written objections and responses on July 30, 2020.  Although Plaintiffs initially supplemented their Rule 26 disclosures with various documents, recordings, and spreadsheets referenced in their initial disclosures, Plaintiffs have yet to produce any further documents in response to Google's RFPs.

On September 16, 2020, Valleyarm served written document requests on Plaintiffs and served written responses to Plaintiff's document requests. Valleyarm expects to begin producing documents when the parties reach agreement on a protective order, or sooner.

**2.      Progress or Changes Since Last Report - ADR**

The parties have agreed to private mediation which is scheduled to take place on October 20, 2020 before the Hon. Suzanne Segal (Ret.).

**3.      Request to Continue Case Management Conference**

In light of the discovery hearing scheduled for October 2, 2020 before Magistrate Judge Spero, and the parties' mediation scheduled for October 20, 2020,the parties jointly request that the Case Management Conference scheduled for September 30 be continued to a date after October 20, 2020.

Dated:     New York, New York
           September 29, 2020

        Respectfully submitted,

SCHWARTZ, PONTERIO & LEVENSON, PLLC

By: */s/    Matthew F. Schwartz*
Matthew F. Schwartz  \* *Pro Hac Vice*
Brian S. Levenson

GISKAN SOLOTAROFF & ANDERSON LLP
Oren S. Giskan  \* *Pro Hac Vice*

LAW OFFICES OF ALLEN HYMAN
Allen Hyman (73371)

Attorneys for Plaintiffs


MAYER BROWN LLP

By: */s/ Graham (Gray) Buccigross*

Graham (Gray) Buccigross (234558)
A. John P. Mancini
Sara A. Slavin

Attorneys for Defendant Google LLC


PERKOWSKI LEGAL, PC


By: */s/ Peter Perkowski*
Peter Perkowski

Attorneys for Defendant
Valleyarm Distribution Limited

738316982.4 Joint Supplemental Case Management Statement