# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-00488-VC<br>(Arlen Action)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| RAY HENDERSON MUSIC CO., INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-00538-VC<br>(Henderson Action)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| FOUR JAYS MUSIC COMPANY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-00540-VC<br>(Warren Action)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs SA Music LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., Four Jays Music Company, and Julia Riva (as to each, a "Plaintiff" and, collectively, "Plaintiffs") and Google LLC, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), L.R. 7-12, and L.R. 77-2, stipulate to dismiss all of Plaintiffs' claims against all parties named in the above-captioned actions with prejudice, each side to bear its own costs, attorneys' fees, and expenses.

All parties that have appeared in the above-captioned actions have executed this stipulation.

DATED: July 6, 2021

SCHWARTZ, PONTERIO & LEVENSON, PLLC
By: /s/
Matthew F. Schwartz  * *Pro Hac Vice*
Brian S. Levenson * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
Allen Hyman (SBN 73371)
LAW OFFICES OF ALLEN HYMAN
Attorneys for Plaintiffs

MAYER BROWN LLP
By: /s/
A. John P. Mancini * *Pro Hac Vice*
Attorneys for Defendant Google LLC

PERKOWSKI LEGAL
By: /s/
Peter Perkowski
Attorneys for Defendant Valleyarm Digital Limited

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____    _____
The Hon. Vince Chhabria
United States District Judge